UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil No.: |
| | : | |
| ONE THOUSAND TWO HUNDRED NINETY DOLLARS IN UNITED STATES CURRENCY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANT: BRIAN K. BACKMAN] | : | January 20, 2021 |

VERIFIED COMPLAINT OF FORFEITURE

Plaintiff, United States of America, by and through its attorneys, John Durham, United States Attorney for the District of Connecticut, and David C. Nelson Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

NATURE OF THE ACTION

1.      This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: $1,290.00 in United States currency, for violations of 21 U.S.C. §§ 846, and 841(a)(1) and 841(b)(1)(A).

THE DEFENDANTS IN REM

2.      The defendant is: $1,290.00 in United States currency.

3.      The In Rem Defendants were identified in a plea agreement between the United States and the Claimant, Brian K. Backman, dated October 28, 2019, in the matter <u>United States v. Brian K. Backman.</u>, Criminal Case No.: 3:19-CR-180(RNC), wherein the Claimant plead

guilty to a one count Substitute Information charging him with conspiracy to distribute and to possess with intent to distribute one kilogram or more of heroin, in violation of 21 U.S.C. §§ 846, and 841(a)(1) and 841(b)(1)(A)(i), and agreed to the civil forfeiture of the above-captioned In Rem Defendants.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendants. This Court has jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

5. This Court has *in rem* jurisdiction over the Defendants under 28 U.S.C. 1355(b). The Defendants are being held by the United States Marshal Service and Federal Bureau of Investigation pending the completion of this forfeiture action. Upon the filing of this complaint, the plaintiff requests that the Court issue arrest warrants *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the Defendants pursuant to 18 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

7. The Defendant currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) for violations of 18 U.S.C. § 841, as they represent the proceeds of illegal narcotics trafficking activities.

STIPULATED FORFEITURE AGREEMENT

8. The United States and the Claimant, Brian K. Backman, have reached an agreement. The terms of the agreement are embodied in a Stipulated Forfeiture Agreement attached hereto as Exhibit A. Pursuant to the agreement, the Claimant has agreed to the forfeiture of the In Rem Defendants after the appropriate procedural steps are taken.

WHEREFORE, the United States of America prays that Warrants of Arrest In Rem for $1,290.00 in United States currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the In Rem Defendants to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted,

JOHN DURHAM
UNITED STATES ATTORNEY

/s/ David Nelson_____
DAVID NELSON
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO.: ct25640
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700

DECLARATION

I am a Special Agent of the Federal Bureau of Investigation and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of January, 2021.

/s/ Joshua Young
JOSHUA YOUNG
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. |
| ONE THOUSAND TWO HUNDRED NINETY DOLLARS IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: BRIAN K. BACKMAN] | : |

### STIPULATED FORFEITURE AGREEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-captioned defendant property, the UNITED STATES and the CLAIMANT, BRIAN K. BACKMAN ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through their respective counsel, hereby stipulate and agree to the compromise settlement of the above-captioned forfeiture matter upon the terms and conditions set forth below:

1. CLAIMANT agrees that, as to the Defendant One Thousand Two Hundred Ninety Dollars ($1,290.00) in United States currency ("DEFENDANT"), he has an ownership interest but agrees to the forfeiture of that interest to the United States.

2. CLAIMANT agrees to the forfeiture of the DEFENDANT to the United States of America, to be disposed of according to law.

3. CLAIMANT further agrees that neither he nor any current or future officers, agents, representatives, subrogees, assigns or successors of the CLAIMANT shall appear in or pursue any action or proceeding at law or in equity to contest the forfeiture of the DEFENDANT to the UNITED STATES as provided above. **CLAIMANT further waives the requirements of Supplemental Rule G regarding direct notice to the CLAIMANT, and consents to the entry of any Motion for Decree of Forfeiture, filed hereafter, consistent with the terms of this Stipulation.**

4. CLAIMANT hereby releases and forever discharges the United States of America, the Federal Bureau of Investigation, and their servants, employees, heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimants, their heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and forfeiture, by the United States of America of the DEFENDANT.

5. CLAIMANT further agrees to hold and save the United States of America, the Federal Bureau of Investigation, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and forfeiture of the DEFENDANT.

6. This Stipulated Forfeiture Agreement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

2

7. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorney=s fees, and to execute and/or consent to, any additional documents necessary to implement the terms of this stipulated agreement.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

3/11/20
DATE

ANTHONY E. KAPLAN
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO.: ct08083
157 CHURCH STREET
NEW HAVEN, CT 06510
PHONE: (203) 821-3700
FAX: (203) 773-5392
EMAIL: anthony.kaplan@usdoj.gov

ATTORNEY FOR THE PLAINTIFF
UNITED STATES OF AMERICA

3/11/20
DATE

BRIAN K. BACKMAN
CLAIMANT

3/11/20
DATE

SEBASTIAN O. DESANTIS, ESQ.
DESANTIS LAW FIRM, LLC
345 STATE STREET
NEW LONDON, CT 06320

COUNSEL FOR CLAIMANT
BRIAN K. BACKMAN

3